UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO IGLESIAS, Plaintiff, v. FEDERAL EXPRESS CORPORATION, Defendant. | Case No.: 3:26-cv-3299-CAB-GC **ORDER STAYING RESPONSIVE DEADLINE** |

On May 22, 2026, Plaintiff Francisco Iglesias ("Iglesias") filed this action. [Doc. No. 1.] Following a brief stay to allow for settlement negotiations, the Court granted the parties' joint motion to set Defendant's deadline to respond to the Complaint as October 19, 2026. [Doc. No. 8.]

In the intervening time, however, Iglesias' counsel has filed more than 50 cases against Defendant in this District. A review of these actions shows that the complaints are largely identical to the First Amended Complaint in this action. [*See* Doc. No. 3.]

Under these circumstances and in the interest of judicial economy, the Court *sua sponte* **STAYS** Defendant's deadline to submit a responsive filing in this action pending the scheduled status hearing in the District's first-filed case. [*See Beltran v. Federal Express Corporation*, No. 26-cv-03217-AJB-MMP.]

The Court will set a date for a joint status report following the *Beltran* status hearing.

It is **SO ORDERED**.

Dated: September 15, 2026



Hon. Cathy Ann Bencivengo
United States District Judge