Shannon Liss-Riordan (SBN 310719)
sliss@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801

*Attorney for*
*Francisco Iglesias*

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO IGLESIAS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | Case No. 3:26-cv-03299-CAB-GC<br><br>*Assigned to:*<br>*Hon. Cynthia A. Bashant, Dept. 12 B (12th Floor)*<br><br>**PLAINTIFF'S STATUS REPORT REGARDING MEDIATION**<br><br>Compl.: May 22, 2026<br>Trial: None Set |

Pursuant to the Court's Order dated September 15, 2026 (Dkt. No. 9), Plaintiff provides the following status update:

1. This case was filed on May 22, 2026.

2. On September 15, 2026, the Court granted Plaintiff's unopposed motion to stay the case pending settlement negotiations. (Dkt. No. 9).

3. On August 31, 2026, the parties attended mediation. The parties did not reach a settlement through mediation.

4. The parties agree that the stay should be lifted and that the case should move forward.

5. The parties agree that Defendant's answer or other response is due forty-five (45) days from the date of this filing.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Shannon Liss-Riordan*

Shannon Liss-Riordan (SBN 310719)
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
Telephone: 617.994.5800
Email: sliss@llrlaw.com

*Attorney for Plaintiff*
*Francisco Iglesias*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2026, I caused a true and correct copy of the foregoing to be served on Counsel for Defendants by electronic mail:

James P. Angelo (PA ID #306430)
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA 15108
Telephone: 412.834.2083
Email: james.angelo@fedex.com

Joseph P. McHugh (PA ID #77489)
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA 15108
Telephone: 412.859.5917
Email: joseph.mchugh@fedex.com

Christopher M. Ahearn (TN BPR No. 040043)
Federal Express Corporation
3620 Hacks Cross Rd., Bldg. B-3
Memphis, TN 38125
Telephone: 901.275.7015
Email: christopher.ahearn@fedex.com

Jessica Scott (CO Bar #37287)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, #4500
Denver, Colorado 80202
Telephone: 303.244.1800
Email: scott@wtotrial.com

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan