FILED

Oct 23 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ CharityWhan DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

In the matter of

Federal Express Corporation Delivery Driver Employment Litigation

Chief Judge Order No. 161

Pursuant to Civil Local Rule 40.1.e., the Court issues the following order:

Beginning on May 22, 2026, approximately 87 individuals who allegedly work or have worked as a delivery driver for Federal Express Corporation ("FedEx") initiated cases in this District challenging FedEx's alleged violation of the Fair Labor Standards Act, 29 U.S.C. § 207(a)(1), for failure to pay overtime. *See, e.g.*, First Am. Compl. at ¶¶ 4, 19, 73, *Beltran v. Federal Express Corporation*, No. 26-cv-03217-AJB-MMP (S.D. Cal. June 3, 2026) (Doc. No. 4). Plaintiffs in these actions are all represented by attorney Shannon Liss-Riordan. *See id.* The cases are:

*Beltran v. Federal Express Corp.*, No. 26-cv-03217-AJB-MMP
*Iglesias v. Federal Express Corp.*, No. 26-cv-03299-CAB-GC
*Ahmed v. Federal Express Corp.*, No. 26-cv-05114-W-VET
*Aburto v. Federal Express Corp.*, No. 26-cv-05115-W-GC
*Alcantar v. Federal Express Corp.*, No. 26-cv-05117-DMS-SBC
*Alfaro v. Federal Express Corp.*, No. 26-cv-05118-RBM-GC
*Alviso v. Federal Express Corp.*, No. 26-cv-05119-BAS-DDL
*Aranda v. Federal Express Corp.*, No. 26-cv-05120-AJB-AHG
*Arreguin v. Federal Express Corp.*, No. 26-cv-05122-RBM-DEB
*Ayon v. Federal Express Corp.*, No. 26-cv-05123-W-DDL
*Bayer v. Federal Express Corp.*, No. 26-cv-05124-RBM-MMP
*Hoffman Benitez v. Federal Express Corp.*, No. 26-cv-05130-WQH-MMP

*Bivens v. Federal Express Corp.*, No. 26-cv-05131-CAB-BJW
*Blanco v. Federal Express Corp.*, No. 26-cv-05132-JO-DEB
*Bradley v. Federal Express Corp.*, No. 26-cv-05133-JO-BJW
*Calix v. Federal Express Corp.*, No. 26-cv-05134-AJB-SBC
*Castaneda v. Federal Express Corp.*, No. 26-cv-05135-W-BJW
*Castro v. Federal Express Corp.*, No. 26-cv-05138-DMS-DEB
*Coca v. Federal Express Corp.*, No. 26-cv-05139-JO-GC
*Cisneros v. Federal Express Corp.*, No. 26-cv-05140-JES-VET
*Dehghani v. Federal Express Corp.*, No. 26-cv-05142-W-DEB
*Delgadillo v. Federal Express Corp.*, No. 26-cv-05143-BTM-GC
*Cortez v. Federal Express Corp.*, No. 26-cv-05144-W-MMP
*Duenas Jr. v. Federal Express Corp.*, No. 26-cv-05145-BAS-DDL
*Espinoza v. Federal Express Corp.*, No. 26-cv-05146-TWR-JLB
*Galindo v. Federal Express Corp.*, No. 26-cv-05147-AJB-DDL
*Flores v. Federal Express Corp.*, No. 26-cv-05148-RSH-MMP
*Figueroa v. Federal Express Corp.*, No. 26-cv-05149-BJC-DEB
*Garcia v. Federal Express Corp.*, No. 26-cv-05150-TWR-GC
*Garcia v. Federal Express Corp.*, No. 26-cv-05151-CAB-JAC
*Gutierrez v. Federal Express Corp.*, No. 26-cv-05152-BJC-DDL
*Limon v. Federal Express Corp.*, No. 26-cv-05153-BJC-DDL
*Harmon v. Federal Express Corp.*, No. 26-cv-05154-GPC-JAC
*Louis v. Federal Express Corp.*, No. 26-cv-05155-GPC-JAC
*Malfavon v. Federal Express Corp.*, No. 26-cv-05156-AJB-VET
*Mariscal v. Federal Express Corp.*, No. 26-cv-05157-RSH-BJW
*Kulas v. Federal Express Corp.*, No. 26-cv-05158-WQH-BJW
*McKinnie v. Federal Express Corp.*, No. 26-cv-05159-W-GC
*Guijarro v. Federal Express Corp.*, No. 26-cv-05160-RSH-BJW
*Laszcz v. Federal Express Corp.*, No. 26-cv-05163-W-MMP
*Lucero v. Federal Express Corp.*, No. 26-cv-05164-W-BJW
*Madison v. Federal Express Corp.*, No. 26-cv-05165-W-MMP
*Martinez v. Federal Express Corp.*, No. 26-cv-05166-RBM-VET
*Martinez v. Federal Express Corp.*, No. 26-cv-05167-CAB-DDL
*Medina v. Federal Express Corp.*, No. 26-cv-05168-JO-JAC
*Moran v. Federal Express Corp.*, No. 26-cv-05169-BAS-VET
*Moore v. Federal Express Corp.*, No. 26-cv-05170-BTM-BJW
*Mitchell v. Federal Express Corp.*, No. 26-cv-05171-RSH-GC
*Mosby v. Federal Express Corp.*, No. 26-cv-05172-AJB-AHG

*Nakanote v. Federal Express Corp.*, No. 26-cv-05173-BAS-MMP
*Nieto v. Federal Express Corp.*, No. 26-cv-05174-GPC-SBC
*Noriega v. Federal Express Corp.*, No. 26-cv-05175-RBM-AHG
*Lizarraga v. Federal Express Corp.*, No. 26-cv-05176-W-JLB
*Padilla v. Federal Express Corp.*, No. 26-cv-05179-BAS-DEB
*Nieto v. Federal Express Corp.*, No. 26-cv-05180-WQH-GC
*Ramirez v. Federal Express Corp.*, No. 26-cv-05186-BTM-JLB
*Ramirez v. Federal Express Corp.*, No. 26-cv-05187-JO-DEB
*Poumele v. Federal Express Corp.*, No. 26-cv-05188-DMS-GC
*Rodriguez v. Federal Express Corp.*, No. 26-cv-05189-JO-GC
*Rodriguez v. Federal Express Corp.*, No. 26-cv-05190-JES-MMP
*Paul v. Federal Express Corp.*, No. 26-cv-05191-DMS-MMP
*Ruiz v. Federal Express Corp.*, No. 26-cv-05192-AJB-BJW
*Ruiz v. Federal Express Corp.*, No. 26-cv-05193-BAS-DDL
*Ruiz v. Federal Express Corp.*, No. 26-cv-05194-AGS-BJW
*Salgado v. Federal Express Corp.*, No. 26-cv-05195-RSH-DDL
*Ruiz-Lopez v. Federal Express Corp.*, No. 26-cv-05196-TWR-BJW
*Silva v. Federal Express Corp.*, No. 26-cv-05197-W-AHG
*Silva v. Federal Express Corp.*, No. 26-cv-05200-WQH-JLB
*Silvas v. Federal Express Corp.*, No. 26-cv-05201-CAB-SBC
*Smith v. Federal Express Corp.*, No. 26-cv-05202-JO-MMP
*Sotelo v. Federal Express Corp.*, No. 26-cv-05203-AJB-DEB
*Struthers v. Federal Express Corp.*, No. 26-cv-05204-W-VET
*Thompson v. Federal Express Corp.*, No. 26-cv-05205-W-AHG
*Tec v. Federal Express Corp.*, No. 26-cv-05206-JES-MMP
*Tiller v. Federal Express Corp.*, No. 26-cv-05207-WQH-JAC
*Toomata v. Federal Express Corp.*, No. 26-cv-05209-AGS-MMP
*Choo Tuitele v. Federal Express Corp.*, No. 26-cv-05210-AJB-DEB
*Valdez v. Federal Express Corp.*, No. 26-cv-05211-CAB-SBC
*Vargas v. Federal Express Corp.*, No. 26-cv-05212-W-SBC
*Vu v. Federal Express Corp.*, No. 26-cv-05213-CAB-SBC
*Williams v. Federal Express Corp.*, No. 26-cv-05214-TWR-JAC
*Williams v. Federal Express Corp.*, No. 26-cv-05215-WQH-MMP
*Wilson v. Federal Express Corp.*, No. 26-cv-05217-AGS-JLB
*Wilson v. Federal Express Corp.*, No. 26-cv-05226-AGS-DEB
*Zazueta v. Federal Express Corp.*, No. 26-cv-05227-CAB-JLB
*Wilson v. Federal Express Corp.*, No. 26-cv-05229-JES-AHG

*Srey v. Federal Express Corp.*, No. 26-cv-05231-CAB-BJW

These cases appear to call for the determination of the same or substantially identical questions of law and may entail unnecessary duplication of labor if heard by different judges.

Accordingly, the Court transfers the above-entitled cases to the calendars of Judge Anthony J. Battaglia and Magistrate Judge Michelle M. Pettit pursuant to Civil Local Rule 40.1. for all pre-trial proceedings. Future cases that (1) raise the same issue and (2) are filed by attorney Shannon-Liss Riordan against FedEx (3) through October 31, 2026, will also be transferred to the calendars of Judge Anthony J. Battaglia and Magistrate Judge Michelle M. Pettit.

If necessary, matters will be severed and reassigned to the initially assigned judge for trial proceedings.

Additionally, the Court *sua sponte* consolidates the actions. *In re Adams Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987) (citing 9 C. Wright & A. Miller, *Federal Practice and Procedure: Civil* § 2383 at n.37). All future documents must be filed under Lead Case No. 26-cv-03217-AJB-MMP, unless a matter is severed and reassigned. Future filings must also provide the following information in their captions:

Lead Case No.: 26-cv-03217-AJB-MMP
and Consolidated Cases

Judge Anthony J. Battaglia and Magistrate Judge Michelle M. Pettit consent to the transfer and consolidation of these cases. CivLR 40.1.k.

**IT IS SO ORDERED.**

Dated: **October 23, 2026**

Cynthia Bashant

Hon. Cynthia Bashant, Chief Judge
United States District Court